| 15-304 | In re Ducharme | Reargument denied | 4/25/16 | Chit. Civ. | 136/580 |
|---|---|---|---|---|---|
| 16-120 | Hayes v. Bruce | Denied | 4/25/16 | Orig. Juris. | 136/580 |
| 16-121 | In re L.H. | Denied | 4/25/16 | Orig. Juris. | 136/580 |
| 16-122 | Lafayette v. Department of Corrections | Dismissed | 4/25/16 | Orig. Juris. | 136/580 |
| 15-065 | Dow v. Dow | Reargument denied | 4/27/16 | Windham Fam. | 136/580 |
| 16-119 | State v. Ware | Dismissed | 4/27/16 | Benn. Crim. | 136/580 |
| 16-005 | Zeno v. Brusca | Reargument denied | 4/28/16 | Wash. Fam. | 136/580 |
| 16-107 | In re New Cingular Wireless | Dismissed | 5/5/16 | PSB | 140/188 |
| 16-140 | Dowen v. Department of Corrections | Denied | 5/9/16 | Orig. Juris. | 140/188 |
| 16-144 | State v. Tuliper | Dismissed | 5/9/16 | Rut. Crim. | 140/188 |
| 16-152 | In re Fellows | Denied | 5/11/16 | Orig. Juris. | 140/188 |
| 16-158 | People's United Bank, N.A. v. Blake | Dismissed | 5/11/16 | Benn. Civ. | 140/188 |
| 15-141 | In re Bruyette | Affirmed | 5/12/16 | Windham Civ. | 140/188 |
| 15-223 | State v. Spencer | Affirmed | 5/12/16 | Orange Crim. | 140/188 |
| 15-262 | US Bank National Ass'n v. Johnston | Affirmed | 5/12/16 | Rut. Civ. | 140/188 |
| 15-452 | In re E.H. | Affirmed | 5/12/16 | Cal. Fam. | 140/188 |
| 15-468 | Farr v. DOL | Affirmed | 5/12/16 | ESB | 140/188 |
| 16-008 | In re R.S. | Affirmed | 5/12/16 | Windham Fam. | 140/188 |
| 16-014 | In re C.B. | Affirmed | 5/12/16 | Add. Fam. | 140/188 |
| 16-020 | In re N.D. | Affirmed | 5/12/16 | Windham Fam. | 140/188 |
| 15-262 | U.S. Bank National Ass'n v. Johnston | Remand denied | 5/19/16 | Rut. Civ. | 140/188 |